AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| David Burnett and Michael Paradise, as representatives of a class of similarly situated persons, and on behalf of the Western Global Airlines, Inc. Employee Stock Ownership Plan,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Prudent Fiduciary Services LLC, Miguel Paredes, James K. Neff, Carmit P. Neff, James K. Neff Revocable Trust dated 11/15/12, Carmit P. Neff Revocable Trust dated 11/15/12, (see attached)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 2:21-cv-09681-SB-(JCx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Prudent Fiduciary Services LLC
C/O Agent of Service: Miguel Paredes
100 N. Barranca St., Ste 870
West Covina, CA  91791

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Helland
helland@nka.com
Nichols Kaster, LLP
235 Montgomery Street, #810
San Francisco, CA 94104

Kai Richter, Paul Lukas, Brock Specht, Brandon McDonough, Jacob Schutz; krichter@nka.com, lukas@nka.com, bspecht@nka.com, bmcdonough@nka.com, jschutz@nka.com
Nichols Kaster, PLLP
4700 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-09681-SB-(JCx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| 1 | Matthew C. Helland, CA State Bar No. 250451 |
| 2 | helland@nka.com |
| | NICHOLS KASTER, LLP |
| 3 | 235 Montgomery Street, Suite 810 |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 277-7235 |
| 5 | Facsimile: (415) 277-7238 |

Aashish Y. Desai (SBN 187394)
aashish@desai-law.com
Adrianne De Castro (SBN 238930)
adrianne@desai-law.com
DESAI LAW FIRM, P.C.
3200 Bristol St., Suite 650
Costa Mesa, CA 92626
Telephone: (949) 614-5830
Facsimile: (949) 271-4190

Attorneys for Plaintiffs and the Proposed Class
*Additional Counsel Listed on Following Page*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Burnett and Michael Paradise, as representatives of a class of similarly situated persons, and on behalf of the Western Global Airlines, Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Prudent Fiduciary Services LLC, Miguel Paredes, James K. Neff, Carmit P. Neff, James K. Neff Revocable Trust dated 11/15/12, Carmit P. Neff Revocable Trust dated 11/15/12, WGA Trust dated 8/16/13, Selection Committee of the Western Global Airlines Inc. Employee Stock Ownership Plan, and John Does 1-10,<br><br>Defendants. | Case No. 2:21-cv-9681<br><br>**CLASS ACTION COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND EQUITABLE RELIEF**<br><br>**(1) Prohibited Transactions under ERISA (29 U.S.C. § 1106(a)–(b)**<br><br>**(2) Breach of Fiduciary Duties under ERISA (29 U.S.C. § 1104)**<br><br>**(3) Failure to Monitor Fiduciaries under ERISA (29 U.S.C. § 1104)** |

CLASS ACTION COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND EQUITABLE RELIEF