Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Burnett and Michael Paradise, as representatives of a class of similarly situated persons, and on behalf of the Western Global Airlines, Inc. Employee Stock Ownershp Plan,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Prudent Fiduciary Services LLC, Miguel Paredes, James K, Neff, Carmit P. Neff, James K. Neff Revocable Trust dated 11/15/12, Carmin K. Neff Revocable Trust dated 11/15/12, WGA Trust dated 8/16/13, Selection Committee of the Western Global Airlines, Inc. Employee Stock Ownership Plan, and John Does 1-10,<br><br>　　　　　Defendants. | Case No. 2:21-CV-09681-GW-JEM<br><br>Honorable George H. Wu<br><br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[*Concurrently filed with the [Proposed] Order*]<br><br>**Current Response Date: Feb. 21, 2022**<br>**New Response Date: March 14, 2022**<br><br>Complaint Filed: December 14, 2021<br>Trial Date: None set yet |

604819674.1

**BRYAN CAVE LEIGHTON PAISNER LLP**
Robert Lewis (*Pro Hac Vice App. Forthcoming*)
Robert.lewis@bclplaw.com
Michael P. Carey (*Pro Hac Vice App. Forthcoming*)
michael.carey@bclplaw.com
Ann Wrege Ferebee (*Pro Hac Vice App. Forthcoming*)
Ann.ferebee@bclplaw.com
One Atlantic Center, 14th Floor
1201 W. Peachtree Street, N.W.
Atlanta, Georgia  30309
Tel:  (404) 572-6600

This matter having been brought before the Court upon a Joint Stipulation to Extend Time to Respond to the Initial Complaint (the "Stipulation") by all parties, and the Court having considered the matter, and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

Defendants shall have up to and including March 14, 2022, to respond to the Complaint.

**IT IS SO ORDERED.**

Dated:

_____
Hon. George H. Wu
United States District Court Judge

604819674.1

1

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT