Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Aashish Y. Desai (SBN 187394)
aashish@desai-law.com
Adrianne De Castro (SBN 238930)
adrianne@desai-law.com
DESAI LAW FIRM, P.C.
3200 Bristol St., Suite 650
Costa Mesa, CA 92626
Telephone: (949) 614-5830
Facsimile: (949) 271-4190

Attorneys for Plaintiffs and the Proposed Class
*Additional Counsel Listed on Following Page*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| David Burnett and Michael Paradise, et al., Plaintiffs, v. Prudent Fiduciary Services LLC, et al., Defendants. | **Case No. 2:21-cv-9681-GW-JEM** <br><br> **CLASS ACTION** <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> Hon. George H. Wu <br><br> Complaint Filed: December 14, 2021 |
|---|---|

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Kai H. Richter, MN Bar No. 0296545*
krichter@nka.com
Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
Brandon T. McDonough, MN Bar No. 393259*
bmcdonough@nka.com
Jacob T. Schutz, MN Bar No. 0395648*
jschutz@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
*admitted *pro hac vice*

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs David Burnett and Michael Paradise voluntarily dismiss the above-captioned action without prejudice.

Dated: February 25, 2022  **NICHOLS KASTER, PLLP**

/s/ Paul J. Lukas
Paul J. Lukas
NICHOLS KASTER, PLLP

ATTORNEYS FOR INDIVIDUAL AND REPRESENTATIVE PLAINTIFFS